| | |
|---|---|
| Paul D. Stevens (SBN 207107)<br>pstevens@milsteinadelman.com<br>MILSTEIN ADELMAN, LLP<br>2800 Donald Douglas Loop North<br>Santa Monica, California 90405<br>Telephone: 310-396-9600<br>Facsimile: 310-396-9635<br><br>Attorneys for Plaintiff<br>Bogart, LLC | Thomas M. O'Leary (SBN 126146)<br>Thomas.OLeary@leclairryan.com<br>LeCLAIR RYAN<br>725 S. Figueroa Street, Suite 350<br>Los Angeles, California  90017<br>Telephone: 213-337-3245<br>Facsimile: 213-624-3755<br>Telephone: 310-248-3830<br><br>Attorneys for Defendants<br>C D Listening Bar, Inc. and Bruce Ogilvie |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| HLC PROPERTIES, LTD., a Nevada Limited Partnership,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>C D LISTENING BAR, INC., a California Corporation doing business as Super D, Phantom Distribution, Super D/Phantom, and Phantom Sound and Vision; BRUCE OGILVIE, an individual; and Does 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.: SACV 11-1556-JST (JPRx)<br><br>**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Hon. Josephine Stanton Tucker |

　　　　Plaintiff HLC PROPERTIES, LTD. ("Plaintiff") and Defendants C D LISTENING BAR, INC. and BRUCE OGILVIE (collectively referred to as "Defendants"), by and through their respective counsel of record, hereby stipulate and agree that the above-captioned action, including all of the claims alleged by the parties therein, should be dismissed with prejudice pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii).  Plaintiff and Defendants further stipulate that each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated:  January 24, 2013          MILSTEIN ADELMAN, LLP


                                  By: __s/ Paul D. Stevens_____
                                      Paul D. Stevens
                                      Attorney for *Plaintiff*
                                      BOGART, LLC



Dated:  January 24, 2013


                                  By: __s/ Thomas M. O'Leary____
                                      Thomas M. O'Leary
                                      Attorneys for *Defendants*
                                      C D LISTENING BAR, INC. and
                                      BRUCE OGILVIE.